# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

VALENCIA GARNER,        )
                               )
       Plaintiff,       )
                               )
v.                         )   Case No. CV416-284
                               )
UNITED STATES ATTORNEY,  )
*et al.*,                     )
                               )
       Defendants.   )

## ORDER

Proceeding *pro se*, Valencia Garner brings an action against a multitude of apparently unrelated individuals, governmental agencies, and private businesses located in Fulton County, Georgia, doc. 1 at 1-24, including many that she has named in other complaints in this district. *See Garner v. United States Attorney*, No. CV416-195; *Garner v. United States Attorney*, No. CV416-238; *Garner v. Wells Fargo, et al.*, No. CV416-283. With the sole exception of Attorney General Loretta Lynch, all Defendants and Garner herself are (again) residents of counties in the Northern District of Georgia.

Because her claims arise from events that took place in Fulton County and nearly every last defendant is located there, the proper

forum for this case (as in each of the other cases she has filed in this Court) is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is **DIRECTED** to transfer this case to the Northern District for all further proceedings.

Given the sheer number of frivolous *Garner* cases listed on PACER, the Northern District may want may want to take further measures to protect the federal courts from further abuse by this out-of-control litigant. *See*, *e.g.*, *Smith v. Chatham County District Office*, 2016 WL 1128226 at *1 (S.D. Ga. Mar. 21, 2016).

**SO ORDERED**, this __15th__ day of November, 2016.

                    _____
                    UNITED STATES MAGISTRATE JUDGE
                    SOUTHERN DISTRICT OF GEORGIA